FREDRICK S. LEVIN, SBN 187603
*flevin@dykema.com*
DAWN N. WILLIAMS, SBN 267925
*dwilliams@dykema.com*
**DYKEMA GOSSETT, LLP**
333 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1805

Attorneys for Defendant Litton Loan Servicing LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE TORRES<br><br>    Plaintiff,<br><br>    vs.<br><br>LITTON LOAN SERVICING LP and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:10-CV-01709-OWW-SKO<br><br>[*Assigned for all purposes to Judge Oliver W. Wanger*]<br><br>**ORDER ON MOTION TO DISMISS**<br><br>Date:    1/10/11<br>Time:   10:00 a.m.<br>Ctrm:    3 |

Loan Servicing LP's ("Litton") Demurrer to the Complaint, having come before this Court for hearing, the Court being fully advised in the premises, Plaintiff having a full and fair opportunity to respond, and good cause having been found to sustain Litton's Demurrer,

it is hereby ORDERED

(1)    Plaintiff's First Cause of Action for Wrongful Foreclosure fails as a matter of law because Plaintiff does not have standing to assert a claim for violation of the Home Affordable Modification Plan ("HAMP"). Therefore, the First Cause of Action is dismissed without prejudice.

(2)    Plaintiff's Second Cause of Action for Breach of Contract fails as a matter of law because Plaintiff does not plead the requisite elements of the cause of action. Therefore, the Second Cause of Action is dismissed without prejudice.

ORDER
1

PDF created with pdfFactory trial version www.pdffactory.com

(3)     Plaintiff's Third Cause of Action for Fraud fails as a matter of law because it does not satisfy California's heightened pleading standards.  Therefore, the Third Cause of Action is dismissed without prejudice.

(4)     Plaintiff's Fourth Cause of Action for Unfair Business Practices fails as a matter of law because, to the extent it relies upon Plaintiff's allegations of wrongful foreclosure, fraud, and breach of contract, it is insufficient for the reasons stated above.  To the extent it relies upon other conduct, it fails to identify what unlawful business practice Litton allegedly engaged in.  Therefore, the Fourth Cause of Action is dismissed without prejudice.

(5)     Plaintiff's Fifth Cause of Action for Misrepresentation fails as a matter of law because Plaintiff does not plead the existence of a misrepresentation or plead facts establishing that Litton knowingly misled Plaintiff to believe he was guaranteed a loan modification.  Therefore, the Fifth Cause of Action is dismissed without prejudice.

(6)     Plaintiff has fourteen (14) days from service of the January 18, 2011, memorandum of decision to file an amended complaint.

(7)     Litton has ten (10) days after service of the amended complaint to file a responsive pleading.

**IT IS SO ORDERED.**

Dated: February 2, 2011            /s/ OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

ORDER
2

PDF created with pdfFactory trial version www.pdffactory.com